**IT IS ORDERED as set forth below:**



Date: November 4, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-52482 |
| | : | |
| CONCORD, INC., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| MARIETTA PHYSICIANS, LLC, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| CONCORD, INC., | : | |
| | : | |
| Respondent. | : | |

**CONSENT ORDER GRANTING CONSENT MOTION TO ALLOW FOR REJECTION OF LEASE *NUNC PRO TUNC* TO THE PETITION DATE AND ABADONMENT OF ANY PROPERTY IN THE LEASED PREMISES**

This matter came before the Court on November 1, 2021, on the Consent Motion of

Marietta Physicians, LLC ("**Movant**") to Allow for Rejection of Non-Residential Real Property

Lease *Nunc Pro Tunc* to the Petition Date Pursuant to 11 U.S.C. § 365 and Abandonment of Any

3898894-1 12810.0023000

Property in the Leased Premises ("**Motion**"; Dkt. No. 152) filed on October 6, 2021. The Court has jurisdiction to hear the Motion and to grant the relief requested in the Motion in accordance with 28 U.S.C. §§ 157 and 1334. All parties were served with the Motion and a notice of the November 1, 2021, hearing on the Motion. Debtor having consented to the Motion and there having been no opposition to the Motion or the relief sought in the Motion by the United States Trustee or any other party, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Lease between the Debtor and Movant is deemed rejected *nunc pro tunc* to the Petition Date pursuant to 11 U.S.C. § 365(a).

3. Any property remaining in the leased premises be deemed abandoned pursuant to 11 U.S.C. § 554(a).

4. Movant shall have an unsecured claim (subject to objection) for any unpaid rent and other charges due and owing under the Lease and for the amount of Landlord's Lease rejection damages pursuant to 11 U.S.C. § 502(b)(6);

4. The relief granted herein is granted immediately; the requirements of Bankruptcy Rule 4001(a)(3) are waived;

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

END OF DOCUMENT

PREPARED BY:
HARTMAN SIMONS & WOOD LLP

*/s/ Kristen Yadlosky*_____
Todd H. Surden
Georgia Bar No. 774046
Kristen Yadlosky
Georgia Bar No. 779615
6400 Powers Ferry Road, NW, Suite 400
Atlanta, GA  30339

3898894-1 12810.0023000                                2

(770) 955-3555
(770) 538-1452 (fax)
todd.surden@hartmansimons.com
kristen.yadlosky@hartmansimons.com
Counsel for Movant

CONSENTED TO BY:
WIGGAM & GEER, LLC

/s/ *Will B. Geer (with express permission by Kristen Yadlosky)*
**Will B. Geer**
Suite 1150
50 Hurt Plaza SE
Atlanta, GA 30303
(678) 587-8740
(404) 287-2767 (fax)
wgeer@wiggamgeer.com
Counsel for Debtor

**Distribution List**

**Debtor**
**Concord, Inc.**
8046 Roswell Road
Suite 202
Atlanta, GA  30350

**Represented by**
**Will B. Geer**
Suite 1150
50 Hurt Plaza SE
Atlanta, GA  30303

**Trustee**
**Tamara M. Ogier (Sub V Trustee)**
Chapter 11 Subchapter V Trustee
Ogier, Rothschild & Rosenfeld, PC
PO Box 1547
Decatur, GA  30031

**U.S. Trustee**
**Jonathan S. Adams**
Office of the United States Trustee
75 Ted Turner Drive, SW
Atlanta, GA  30303

**Interested Party**
**Marvin McCord**
**c/o Anna Mari Humnicky**
Small Herrin, LLP
Building Two, Suite 200
2727 Paces Ferry Road
Atlanta, GA  30339

**Marietta Physicians, LLC**
c/o **Todd H. Surden**
Kristen Yadlosky
Hartman Simons & Wood LLP
6400 Powers Ferry Road, NW, Suite 400
Atlanta, GA  30339